# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>COSUMNES RIVER LAND LLC,<br><br>Defendant. | Case No: 2:19-CV-2533<br><br>**ORDER** |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED THAT the above-captioned case is DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own fees and costs, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  October 6, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE